# Court of Appeals
# of the State of Georgia

ATLANTA,  January 22, 2021

*The Court of Appeals hereby passes the following order:*

**A21A0872. POVERTY DESTROYED FOREVER, LLC v. VISIO FINANCIAL SERVICES, INC.**

This case originated as a dispossessory action in magistrate court and was transferred to state court due to a pending counterclaim. Visio Financial Services, Inc. filed a motion to compel payment of rent, which the trial court granted on October 15, 2020. On that same day, the trial also entered a writ of possession against Poverty Destroyed Forever, LLC ("the defendant"). On November 10, 2020, the defendant filed the instant notice of appeal, challenging the order entered on October 15, 2020, but the specific order challenged was not specified in the notice of appeal. In any event, we lack jurisdiction.

This appeal is untimely. Although a notice of appeal generally must be filed within 30 days of entry of the order sought to be appealed, the underlying subject matter of an appeal controls over the relief sought in determining the proper appellate procedure. See *Rebich v. Miles*, 264 Ga. 467, 467-468 (448 SE2d 192) (1994). The underlying subject matter of this case is a dispossessory action. And, pursuant to OCGA § 44-7-56, an appeal from a dispossessory judgment must be filed within seven days of the date the judgment was entered. See *Ray M. Wright, Inc. v. Jones*, 239 Ga. App. 521, 522 (521 SE2d 456) (1999). Here, we lack jurisdiction because the defendant filed its notice of appeal 26 days after entry of the state court order it

wishes to appeal. Accordingly, this appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,* __01/22/2021__
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*